No. 148. GRAFTON, EXECUTRIX, *v.* PAINE. Appeal from the Court of Appeals of the District of Columbia. Submitted October 25, 1897. Decided November 1, 1897. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Davis* v. *Crouch*, 94 U. S. 514; *Lodge* v. *Twell*, 135 U. S. 232; and *McGourkey* v. *Toledo and Ohio Central Railway*, 146 U. S. 536. *Mr. Walter D Davidge* and *Mr. C. A. Brandenburg* for motion to dismiss. *Mr. J. M. Wilson* and *Mr. L. E. Payson* opposing.

No. 253. CHARLESTON & SOUTH SIDE BRIDGE COMPANY *v.* STATE OF WEST VIRGINIA. Error to the Supreme Court of Appeals of the State of West Virginia. Submitted October 25, 1897. Decided November 1, 1897. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Morrison* v. *Watson*, 154 U. S. 111; *Miller* v. *Cornwall Railroad Company*, 168 U. S. 131, and cases cited. *Mr. W. S. Laidley* for motion to dismiss. *Mr. Malcolm Jackson* opposing.